# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Leo Terrio, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn W. Colvin, Acting Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 5:13-1239-RMG<br><br><br><br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 36). Plaintiff seeks an award of $5,807.62, representing 2.10 hours of attorney time during calendar year 2013 at a rate of $184.76 per hour and 28.90 hours during calendar year 2014 at a rate of $187.53 per hour. (Dkt. No. 36-2). The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 37).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an attorney's fee award to Plaintiff in the amount of $5,807.62. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(B). In the event Plaintiff has no present debt subject to offset, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

                                                                    _____
                                                                    Richard Mark Gergel
                                                                    United States District Judge

May 12, 2014
Charleston, South Carolina